**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00508-CV**

———————————

## IN RE LIBBY SANDOVAL BRICKEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Libby Sandoval Brickey, filed a petition for writ of mandamus challenging the "Associate Judge's Rendition," dated April 24, 2026, granting the motion to disqualify relator's "additional counsel," Alberto Garcia, III, filed by real party in interest, Chad Christopher Brickey, in the underlying divorce proceeding.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Libby Sandoval Brickey and Chad Christopher Brickey*, Cause No. 25-DCV-334703, in the 505th District Court of Fort Bend County, Texas, the Honorable LaTosha McGill Clayton presiding

On July 16, 2026, relator filed a "Motion for Voluntary Dismissal of Petition for Writ of Mandamus." In the motion, relator stated that the trial court had signed an amended order rendering the request for mandamus relief moot.

The motion did not include a certificate of conference stating whether real party in interest was opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.3(a)(2).

We grant relator's motion and dismiss relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.